C. YONG JEONG, ESQ. (SBN: 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 South Oxford Avenue
Los Angeles, CA 90004
Tel: 213-688-2001
Fax: 213-315-5035

Attorney for Plaintiff NS INT'L TEXTILES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JOLLYCHIC INC, a Delaware Corporation; HAIYAN LI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02730-JFW-PJW<br><br>**[PROPOSED] PLAINTIFF'S VERDICT FORMS**<br><br>Pre-Trial Conference Date: May 10, 2019<br><br>Pre-Trial Conference Time: 10:00 am<br><br>Trial Date: May 28, 2019<br><br>Courtroom: 7A<br><br>Judge: Hon. John F. Walter |

Plaintiff NS INT'L TEXTILES and Defendants JOLLYCHIC INC and HAIYAN LI hereby submit the following proposed verdict forms.

*We, the Jury, answer the questions submitted to us in regard to NS INT'L TEXTILES's claims in this action as follows:*

1. **Liability of JOLLYCHIC INC and HAIYAN LI**
   Do you find that JOLLYCHIC INC and HAIYAN LI are liable to NS INT'L TEXTILES for copyright infringement?
   YES _____      NO _____
2. Do you find that JOLLYCHIC INC and HAIYAN LI are liable to NS INT'L TEXTILES for vicarious copyright infringement?
   YES _____      NO _____
3. Do you find that JOLLYCHIC INC and HAIYAN LI are liable to NS INT'L TEXTILES for contributory copyright infringement?
   YES _____      NO _____

*If your answer to any of Questions 1 through 3 above is "Yes" please proceed to Question 4.*

*If your answers to all of Questions 1 through 3 above is "No" please sign and date this form.*

4. Do you find that JOLLYCHIC INC and HAIYAN LI are liable to NS INT'L TEXTILES for willful infringement?
   YES _____      NO _____

*If your answer to question 4 is "Yes" please answer Questions 5 through 8. If your answer to Question 4 is "No" please answer Questions 5 through 7 only and skip Question 8.*

5. **Damages by JOLLYCHIC INC and HAIYAN LI**

   What revenues did JOLLYCHIC INC and HAIYAN LI receive as a result of selling the infringing product?

   $_____

6. What costs did JOLLYCHIC INC and HAIYAN LI prove should be deducted from the above revenues to calculate disgorgeable profits?

   $_____

7. What are JOLLYCHIC INC and HAIYAN LI's profits that should be disgorged to Plaintiff (subtract amount in Question 6 from amount in Question 7)?

   $_____

<u>In the alternative:</u>

8. What amount of statutory damages should be tendered to Plaintiff?

   $_____

*Indicate the larger amount of your answers to Question 7 and Question 8.*

   $_____

*Please sign and date this form.*

Dated: _____

3
VERDICT FORM

Signed: _____
U.S.D.C. PRESIDING JUROR

*Please deliver this verdict form to the bailiff after it is completed and signed.*