NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JOLLYCHIC, INC., a California Corporation; HAIYAN LI, an individual;<br><br>Defendants. | Case No. 2:18-cv-02730-JFW-PJW<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. John F. Walter |

In the Stipulation to Dismiss Case filed on April 29, 2019, Dkt. No. 62, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before May 29, 2019. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until May 29, 2019. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Dated: April 30, 2019

_____
The Honorable John F. Walter
United Stated District Court Judge

1